AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RED LION HOTELS FRANCHISING, INC.,

                Plaintiff,

                v.

MAK, LLC; MAHMOUD KARIMI a/k/a Mike Karimi and JANE DOE KARIMI, individually and as a marital community,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-262-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff against Defendants in the amount of $259,339.55, plus interest calculated at 1.5% per month from the date Plaintiff filed its complaint.

| | |
|---|---|
| April 26, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |