AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RED LION HOTELS FRANCHISING, INC.,

        Plaintiff,

        v.

MAK, LLC; MAHMOUD KARIMI a/k/a Mike Karimi and JANE DOE KARIMI, individually and as a marital community,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-262-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Plaintiff Red Lion's favor and against Defendants in the amount of $240,223.50 for attorney fees, pursuant to the Court's order entered on June 1, 2010, Ct Rec 140.

| | |
|---|---|
| June 1, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |